

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: BENJAMIN JOSEPH GUTIERREZ, | § | No. 08-18-00186-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **O R D E R**

Pending before this Court is the Relator's motion to stay trial court proceedings. The motion to stay is DENIED.

IT IS SO ORDERED this 23rd day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.